UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DANE JORDAN NAIRNS,<br><br>Defendant. | No. 19-MJ-190 (DAR)<br><br>**FILED**<br><br>JUL 2 4 2019<br><br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

### REFERRAL AND ORDER

At the initial appearance conducted by the undersigned on July 22, 2019, counsel for the Government requested a forensic screening of the Defendant for the reasons counsel articulated on the record. Counsel for the Defendant did not oppose said request.

The undersigned has been informed that the earliest date on which a psychologist of the District of Columbia Department of Behavioral Health, Pretrial and Assessment Branch ("DBH"), will be available to conduct such screening is Friday, July 26, 2019. For the reasons set forth by the undersigned on the record, the undersigned thus refers this matter to the DBH for such purpose, and asks that a report be submitted as soon as practical.

To ensure that the purpose of this referral can be accomplished, it is hereby

**ORDERED** that the United States Marshal, or his designated deputy, transport Defendant to the Cellblock in the Superior Court for the District of Columbia on Friday, July 26, 2019, for the purpose of the forensic screening; and it is



United States v. Nairns

**FURTHER ORDERED** that the Assistant United States Attorney assigned to this matter shall immediately submit the paperwork necessary to ensure the timely payment of the DBH for the forensic screening report. The assigned Assistant United States Attorney shall coordinate payment through Tina Wall and/or Sallie Rynas of the United States Attorney's Office for the District of Columbia.

**SO ORDERED** this 24th day of July, 2019.

_____
DEBORAH A. ROBINSON
United States Magistrate Judge